IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LOWCOUNTRY MARINE SALVAGE, LLC, )
                                )
    Plaintiff,                  )
                                )
v.                              )   CASE NO. CV413-061
                                )
UNIDENTIFIED SHIPWRECKED        )
VESSEL OR VESSELS, their        )
apparel, tackle,                )
appurtenances, and cargo        )
located in the Atlantic Ocean   )
within a three nautical mile    )
radius of the coordinates 33    )
degrees 24.193 minutes North    )
Latitude, and 078 degrees       )
40.555 minutes West Longitude,  )
                                )
    Defendants.                 )
                                )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 25), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA